IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARK ANTHONY MCFARLAND**

**Plaintiff,**

**v.**

**CLAUDE CHESTER,**                                 **No.06-59-DRH**

**Defendant.**

### ORDER

**HERNDON, Chief Judge:**

        Before the Court is McFarland's second request for an extension of time to file his objections to the Magistrate's Report and Recommendation (Doc. 44). McFarland argues that he needs more time to file his objections because the law library at the institution just recently opened and the legal materials he requested for this case will not arrive until December 22, 2008. Having considered the reasons set out in this motion, said motion is **GRANTED**. McFarland will have up to and including **December 31, 2008** in which to file his objections.

        **IT IS SO ORDERED.**

        Signed this 11th day of December, 2008.

                                           /s/      *David R Herndon*
                                           **Chief Judge**
                                           **United States District Court**